# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSE LANDA, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MENASHA PACKAGING COMPANY, LLC,<br><br>Defendant. | Case No. 1:20-cv-05691 |

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT

Plaintiff Jose Landa, individually and on behalf of all others similarly situated, by and through counsel, moves the Court for leave to amend his Class Action Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure. In support of this motion, Plaintiff states as follows:

1.  On August 4, 2020, Plaintiff filed his original Class Action Complaint in the Circuit Court of Cook County seeking damages for Defendant's alleged violations of the Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCS 14/1, *et seq*. (D.E. 1-1.) In particular, Plaintiff alleged that Defendant unlawfully collects, stores, uses, and disseminates website users' biometric data in violation of BIPA. (*Id.* ¶¶ 13-14.)

2.  On September 24, 2020, Defendant removed this action to federal court. (D.E. 1.)

3.  On November 20, 2020, Defendant filed a motion to dismiss. (D.E. 14.)

4.  Plaintiff now seeks to amend the Complaint in order to add substantive allegations that will enhance his claims and will narrow the issues raised in Defendant's motion to dismiss.[1]

---

[1] Plaintiff submits this motion in lieu of a response to Defendant's motion to dismiss.

5. A decision whether to grant a motion for leave to amend a complaint is within the sound discretion of the Court. *Foman v. Davis*, 371 U.S. 178, 182 (1962). Federal Rule of Civil Procedure 15(a) provides that leave to amend "shall be freely given when justice so requires." "In the absence of any apparent or declared reason – such as undue delay, . . . undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. – the leave sought should, as the rules require, be 'freely given.'" *Opp v. Devine*, 621 F. Supp. 2d 635, 642 (N.D. Ill. 2009) (internal citations omitted).

6. Plaintiff's motion is timely and will not cause Defendant any undue prejudice.

7. The interests of justice are served by allowing Plaintiff to amend the Complaint.

For the foregoing reasons, Plaintiff respectfully requests this Honorable Court grant him leave to file his First Amended Complaint, attached as Exhibit A.

Date: February 15, 2021                                    Respectfully Submitted,

*/s/ Haley R. Jenkins*
Ryan F. Stephan
James B. Zouras
Haley R. Jenkins
**STEPHAN ZOURAS, LLP**
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
312.233.1550
312.233.1560 *f*
rstephan@stephanzouras.com
jzouras@stephanzouras.com
hjenkins@stephanzouras.com

**ATTORNEYS FOR PLAINTIFF
AND THE PUTATIVE CLASS**

## **CERTIFICATE OF SERVICE**

I, the attorney, hereby certify that on February 15, 2021, I filed the attached with the Clerk of the Court, using the ECF system, which will send such filing to all attorneys of record.

      */s/ Haley R. Jenkins*