IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JOSE LANDA, individually and on behalf of all others similarly situated,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**MENASHA PACKAGING COMPANY, LLC,**<br><br>        **Defendant.** | CASE NO. 20-cv-05691 |

**DEFENDANT'S MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant Menasha Packaging Company, LLC, through its attorneys, respectfully moves for an extension of time, until June 9, 2021, to submit Defendant's response to Plaintiff's Amended Complaint. In support of this motion, Defendant states as follows:

1. Plaintiff filed this lawsuit against Defendant asserting allegations on behalf of a purported class pursuant to the Illinois Biometric Information Privacy Act ("BIPA").

2. On November 20, 2020, Defendant filed a Motion to Dismiss the Complaint, and in the Alternative, to Require a More Definite Statement. [Dk. 14.][1]

3. On February 18, 2021, Plaintiff filed a Motion to Amend the class action Complaint in lieu of responding to Defendant's Motion to Dismiss the Complaint, and in order "to add substantive allegations" [Dkt. 22] and Defendant opposed that motion on the basis that the amendment would be futile [Dkt. 30].

---

[1] Plaintiff was required to respond to the Motion to Dismiss by December 18, 2020. Plaintiff failed to file his response by the deadline or seek an extension. On January 25, 2021, the Court ordered the parties to propose a revised briefing schedule in light of Plaintiff's lack of response [Dkt. 19], and Defendant agreed to extend the time for Plaintiff to respond, in total for a period of 60 days [Dkt. 20].

70852173v.2

2

4. On May 4, 2021, the Court granted Plaintiff leave to amend the Complaint, but stated: "Defendant's arguments in this respect raise legal questions that would benefit from full briefing at either the motion to dismiss or motion for summary judgment stage . . . Defendant's pending motion to dismiss [14] is denied as moot, without prejudice to Defendant's ability to renew its arguments in a motion directed to the amended complaint." [Dkt. 32.]

5. On May 5, 2021, Plaintiff filed an Amended Complaint [Dkt. 33], and Defendant's response is currently due May 19, 2021.

6. Due to defense counsel's existing professional obligations and deadlines, Defendant needs additional time to prepare the responsive pleading.

7. Therefore, Defendant seeks an additional 21 days to file its response to Plaintiff's Amended Complaint.

8. This Motion is made in good faith, not brought for purposes of delay, and granting it will not prejudice Plaintiff.

9. On May 18, 2021, Defendant's counsel contacted Plaintiff's counsel by email to see if Plaintiff would agree to a 21 day extension to respond to Plaintiff's Amended Complaint. Plaintiff's counsel refused the request for a professional accommodation and agreed to only a 10 day extension, which is insufficient since defense counsel's existing professional obligations and deadlines. Therefore, Defendant requests 21 days in order to prepare the responsive pleading.

10. For these reasons, Defendant respectfully requests that the Court enter an order granting Defendant a 21 day extension, until June 9, 2021, to submit Defendant's response to Plaintiff's Amended Complaint.

**DATED: May 18, 2021**

                                              Respectfully submitted

                                              MENASHA PACKAGING COMPANY, LLC,

                                              By*: /s/ Danielle M. Kays*
                                                  One of Its Attorneys

Richard McArdle (IL ARDC #6216504)
rmcardle@seyfarth.com
Danielle M. Kays (IL ARDC #6284321)
dkays@seyfarth.com
Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, IL  60606
Phone:  312-460-5000
Facsimile:  312-460-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of May, 2021, I filed the foregoing Defendant's Motion for Extension of Time to Respond to Plaintiff's Amended Complaint via the electronic filing system, which will send notifications of such filing to the following at their e-mail addresses on file with the Court:

> Ryan F. Stephan
> James B. Zouras
> Haley R. Jenkins
> Stephan Zouras, LLP
> 100 North Riverside Plaza
> Suite 2150
> Chicago, IL 60606
> rstephan@stephanzouras.com
> jzouras@stephanzouras.com
> hjenkins@stephanouras.com
>
> *Attorneys for Plaintiff*

    */s/ Danielle M. Kays*
    Danielle M. Kays

4