# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jose Landa

                        Plaintiff,

v.                                                Case No.: 1:20−cv−05691
                                                   Honorable Martha M. Pacold

Menasha Packaging Company, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 10, 2021:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's response to Defendant's motion to dismiss [36] is due by 7/2/2021. Defendant's reply is due by 7/22/2021.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.