**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOSE LANDA, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MENASHA PACKAGING COMPANY, LLC,<br><br>Defendant. | Case No. 1:20-cv-05691 |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Plaintiff Jose Landa, individually and on behalf of all others similarly situated, by and through counsel, moves the Court for leave to amend his Class Action Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure. In support of this motion, Plaintiff states as follows:

1. On August 4, 2020, Plaintiff filed his original Class Action Complaint in the Circuit Court of Cook County seeking damages for Defendant's alleged violations of the Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCS 14/1, *et seq*. (D.E. 1-1.) In particular, Plaintiff alleged that Defendant unlawfully collects, stores, uses, and disseminates website users' biometric data in violation of BIPA. (*Id.* ¶¶ 13-14.)

2. On September 24, 2020, Defendant removed this action to federal court. (D.E. 1.)

3. On February 15, 2021, and with the Court's permission, Plaintiff filed the operative First Amended Complaint. (D.E. 33.)

4. Defendant moved to dismiss Plaintiff's First Amended Complaint on June 9, 2021 (D.E. 36), and the Parties fully briefed Defendant's motion.

5. On February 23, 2022, the Court denied Defendant's motion in a comprehensive oral ruling. (*See also* D.E. 43.) Accordingly, Defendant's answer to the Complaint was due March 16, 2022. (*See* Fed. R. Civ. P. 12.)

6. On August 17, 2022, Plaintiff's counsel emailed counsel for Defendant to ask, among other things, whether Defendant would oppose Plaintiff's request for leave to amend the First Amended Complaint to correct a clerical error in the class definition. Plaintiff's counsel reminded counsel for Defendant that Defendant would suffer no prejudice related to the amendment because Defendant never answered the First Amended Complaint and, therefore, was in default. (*See* Exhibit 1, Aug. 17, 2022 Email Correspondence.)

7. On August 22, 2022, counsel for Defendant indicated she was reviewing Plaintiff's counsel's correspondence and would send a response "as soon as practicable." Plaintiff's counsel asked for a response by the end of the next business day. (*See* Exhibit 2, Aug. 22, 2022 Email Correspondence.)

8. On August 23, 2022, counsel for Defendant again responded that she still was unable to respond to Plaintiff's request. (*See* Exhibit 3, Aug. 23, 2022 Email Correspondence.)

9. On August 31, 2022, Defendant filed an answer to Plaintiff's First Amended Complaint. (D.E. 55.)

10. Immediately following filing, counsel for Defendant emailed Plaintiff's counsel opposing Plaintiff's request for leave to amend the First Amended Complaint. (*See* Exhibit 4, Aug. 31, 2022 Email Correspondence.)

11. A decision whether to grant a motion for leave to amend a complaint is within the sound discretion of the Court. *Foman v. Davis*, 371 U.S. 178, 182 (1962). Federal Rule of Civil Procedure 15 provides that leave to amend "shall be freely given when justice so requires." Fed.

R. Civ. P. 15(a). "In the absence of any apparent or declared reason – such as undue delay, . . . undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. – the leave sought should, as the rules require, be 'freely given.'" *Opp v. Devine*, 621 F. Supp. 2d 635, 642 (N.D. Ill. 2009) (internal citations omitted).

12. Plaintiff's motion will not cause Defendant any undue prejudice, as Defendant only belatedly answered the First Amended Complaint on August 31, 2022.

13. The interests of justice are served by allowing Plaintiff to amend the Complaint.

For the foregoing reasons, Plaintiff respectfully requests this Honorable Court grant him leave to file his Second Amended Complaint, attached as Exhibit 5.

Date: September 1, 2022

Respectfully Submitted,

*/s/ Haley R. Jenkins*
Ryan F. Stephan
James B. Zouras
Haley R. Jenkins
**STEPHAN ZOURAS, LLP**
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
312.233.1550
312.233.1560 *f*
rstephan@stephanzouras.com
jzouras@stephanzouras.com
hjenkins@stephanzouras.com

**ATTORNEYS FOR PLAINTIFF
AND THE PUTATIVE CLASS**

**CERTIFICATE OF SERVICE**

I, the attorney, hereby certify that on September 1, 2022, I filed the attached with the Clerk of the Court, using the ECF system, which will send such filing to all attorneys of record.

*/s/ Haley R. Jenkins*