# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSE LANDA, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MENASHA PACKAGING COMPANY, LLC,<br><br>Defendant. | Case No. 1:20-cv-05691 |

## JOINT STATUS REPORT

Pursuant to this Court's December 19, 2022 Order (Dkt. 71), Plaintiff Jose Landa and Defendant Menasha Packaging Company submit this Status Report.

### I. Status of Plaintiff's Motion for Leave to Amend

The Parties have fully briefed Plaintiff's Motion for Leave to Amend the Complaint (Dkt. 56). The Court has yet to issue a ruling.

DATED: January 26, 2023                              Respectfully submitted,

By: */s/ Paige L. Smith*                             By: */s/ Danielle M. Kays*

Ryan F. Stephan                                      Richard P. McArdle (rmcardle@seyfarth.com)
James B. Zouras                                      Danielle M. Kays (dkays@seyfarth.com)
Paige L. Smith                                       SEYFARTH SHAW LLP
STEPHAN ZOURAS, LLP                                  233 South Wacker Drive; Suite 8000
100 North Riverside; Suite 2150                      Chicago, Illinois 60606
Chicago, IL 60606                                    Telephone: (312) 460-5000
Telephone: (312) 233-1550                            Facsimile: (312) 460-7000
Facsimile: (312) 233-1560

***Attorneys for Plaintiff Jose Landa***            ***Attorneys for Defendant Menasha Packaging Company, LLC***

1