**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JOSE LANDA, individually and on behalf
of similarly situated individuals,

        Plaintiff,

    v.

MENASHA PACKAGING COMPANY, LLC,

        Defendant.

Case No. 1:20-cv-05691

**DEFENDANT'S UNOPPOSED MOTION TO STAY BRIEFING
SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Menasha Packaging Company, LLC hereby moves the Court to stay the briefing schedule on Defendant's motion for summary judgment pending the finalization of a settlement and in support of its motion, states as follows:

1.      On December 30, 2025, the Court set a deadline of March 6, 2026 by which Defendant was to file its motion for summary judgment. (Dkt. 237.) The Court later entered an order imposing a deadline for Plaintiff's response on April 17, 2026 and a deadline for Defendant's reply on May 22, 2026. (*see* Dkt. 241).

2.      At the end of February, the parties commenced settlement discussions in an attempt to potentially resolve this matter on an individual basis. The parties moved to reset the summary judgment briefing schedule to provide them time to discuss settlement, which motion the Court granted on March 3, 2026. (Dkt. 243.)

3.      On April 2, the parties again moved to extend the briefing schedule to provide them additional time to continue their settlement talks, which motion the Court granted. (Dkt. 245.)

1

Under the Court's latest order, Defendant's motion for summary judgment is due by April 24, 2026. (*Id.*)

4.      The parties have since reached a settlement in principle to resolve this matter on an individual basis and are currently finalizing the settlement agreement and release.

5.      Given their agreement to resolve this matter via settlement, the parties respectfully request the Court to stay the upcoming filing deadlines for Defendant's motion for summary judgment.

6.      The parties further propose to file a status report within 30 days to advise the Court regarding the status of the settlement (unless the case is dismissed pursuant to settlement prior to that time).

7.      On April 9, 2026, Plaintiff's counsel expressly confirmed agreement with the proposed relief set forth above.

WHEREFORE, Defendant Menasha Packaging Company, LLC respectfully requests that the Court grant this motion and stay all pending filing deadlines related to Defendant's motion for summary judgment and that the Court order the parties to submit a status report within 30 days, unless the case is dismissed pursuant to settlement prior to that time..

Dated: April 22, 2026

Respectfully submitted,

By: */s/ Paul Yovanic, Jr.*

Kyle A. Petersen
Paul Yovanic, Jr.
Claire C. Kossmann
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

2

kpetersen@seyfarth.com
pyovanic@seyfarth.com
ckossmann@seyfarth.com
***Attorneys for Defendant Menasha***
***Packaging Company, LLC***