## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Jose Landa

                          Plaintiff,

v.

                                            Case No.: 1:20–cv–05691
                                            Honorable Martha M. Pacold

Menasha Packaging Company, LLC

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 24, 2026:

         MINUTE entry before the Honorable Martha M. Pacold: Defendant's unopposed motion to stay briefing schedule on defendant's motion for summary judgment, [246], is granted. The parties report that they have reached a settlement in principle. The briefing schedule set on defendant's motion for summary judgment [245] is stayed. By 5/26/2026, the parties should file either appropriate dismissal paperwork or an updated joint status report. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.